| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Misty Wilks<br>Bar Number: 196327<br>3818 Crenshaw Blvd # 445<br>Los Angeles, CA 90008-1813<br>Email: misty@wilkslawoffice.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>MOUTON, RENA | CASE NO.: 2:20-bk-11061-SK<br>CHAPTER: Chapter 13 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(C)]** |
| Debtor(s). | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☑ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Finanacial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: April 7, 2020    _____
Debtor 1 Signature

_____
Signature of Debtor 2 (joint debtor) (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

December 2015    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 1007-1.1.AMENDED.SUMMARY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **RENA** | | **MOUTON** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Central District of California**

Case number **2:20-bk-11061-SK**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. U property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is ne out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case n known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statuto Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar an However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exe |
|---|---|---|---|
| Brief description:<br>734 E 83rd St Los Angeles, CA 90001-3604<br>Line from Schedule A/B: 1.1 | $395,596.00 | ☑ $66,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| Brief description:<br>Various items of used furniture decor and accessories<br>Line from Schedule A/B: 6 | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Official Form 106C          Schedule C: The Property You Claim as Exempt          p

Debtor 1  **RENA** **MOUTON**  Case number *(if known)* 2:20-bk-11061-SK
First Name   Middle Name   Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Used appliances goods & supplies<br>Line from Schedule A/B: 6 | $230.00 | ☑ $230.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Used electronics<br>Line from Schedule A/B: 7 | $90.00 | ☑ $90.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Various items of used women's clothing<br>Line from Schedule A/B: 11 | $175.00 | ☑ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Various old used damaged items in storage<br>Line from Schedule A/B: 14 | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Cash<br>Line from Schedule A/B: 16 | $1,500.00 | ☑ $1,125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Brief description: Wells Fargo Checking account<br>Line from Schedule A/B: 17 | $362.00 | ☑ $362.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080 |
| Brief description: Insurance policies<br>Line from Schedule A/B: 31 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |



**Fill in this information to identify your case:**

Debtor 1: RENA MOUTON
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Central District of California
Case number (if known): 2:20-bk-11061-SK

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _Rena Mouton_ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Debtor inadvertently signed on the wrong line

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ RENA MOUTON
RENA MOUTON, Debtor 1

Date 04/10/2020
MM/ DD/ YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules