| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**801 S. FIGUEROA ST., SUITE 1850**<br>**LOS ANGELES, CA 90017**<br>**PHONE: (213) 996-4400**<br>**FAX: (213) 996-4426**<br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**RENA WOODS MOUTON**<br><br><br><br>Debtor(s). | CASE NO.: LA20-11061-SK<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____
_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ___11/8/22___ as docket entry number ___58___, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1        F 3015-1.13.TRUSTEE.COMMENT.GENRL

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.
☒ Set for hearing.

Date: 12/1/2022

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 2          F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

**Modify Plan or Suspend Plan Payments (Ch 13) (motion)**

Court Document Number: **58**
Filed Date: **11/8/22**

**Rena Woods Mouton**      LA20-11061-SK

<u>**ATTORNEY: WILKSLAW**</u>

## Attorney Fees

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Miscellaneous

2. The Trustee requests the Debtor to timely notice her Motion to Modify Plan or Suspend Plan Payments for hearing on 1/26/23 at 9:00 a.m. for further status on the sale of the real property and for determination of the prospective delinquency, if any, at the time of the hearing.