| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>Chapter 13 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>RENA WOODS MOUTON<br><br><br><br>Debtor(s). | CASE NO.: LA20-11061-SK<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☐ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☒ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER: _____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ___1/24/23___ as docket entry number ___70___, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.
☒ Set for hearing.

Date: 2/14/2023

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 2    F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

**Authority to Sell or Refinance Real Property under LBR 3015-1 (Ch 13)-No Fee (motion)**

**Rena Woods Mouton**             LA20-11061-SK

**ATTORNEY: WILKSLAW**

| | |
|---|---|
| Court Document Number: | **70** |
| Filed Date: | **1/24/23** |

## Attorney Fees

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Authority To Sell/Refinance

2. The Debtor is requested to set this matter for hearing due to the opposition filed by U.S. Bank Trust National Association filed on 2/7/2023 (dkt. 71).

3. The Debtor has claimed a homestead exemption of $66,000. Any proceeds in excess of this amount must be turned over to the Chapter 13 Trustee.

4. The Debtor has requested an early pay off of the plan. The Trustee cannot recommend approval of an early pay off without full payment of allowed unsecured claims. To accomplish an early payoff of the plan without full payment of allowed unsecured claims, the Debtor must file and serve a motion to modify the plan under 11 U.S.C. § 1329. See In re Sunahara, 326 B.R. 768, 781 (9th Cir. BAP 2005).